IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TIM DIAL, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) NO. 3-10-CV-00843 ) |
| vs. | ) Judge Nixon ) Magistrate Griffin |
| GHA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

## AGREED ORDER ALLOWING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

It appearing to the Court, as evidenced by the signatures of counsel below, that Defendant GHA Technologies, Inc. shall have through and including Friday, November 5, 2010 in which to file a responsive pleading to the Complaint.

It is therefore ORDERED that the Defendant, GHA Technologies, Inc., shall have through and including Friday, November 5, 2010 in which to file a responsive pleading to the Complaint.

Entered this __18th__ day of October 2010.

_____
Judge
U.S. District Court